JUDGE LIMAN



22 CRIM 448

## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Miscellaneous Clerk | OFFENSE: <u>CONSPIRACY TO DISTRIBUTE FENTANYL AND AIDING AND ABETTING</u>-In violence of 21 U.S.C. 846,841(a)(1), 841(b)(1)(C), and 18 U.S.C. 2, a Class C Felony. |
| FROM: | Margaret A. Carroll<br>U.S. Probation Officer | ORIGINAL SENTENCE: <u>75 Days' Bureau of Prisons; 36 Months' Supervised Release, $100 Special Assessment.</u><br><br>SPECIAL CONDITIONS: Drug and alcohol testing treatment program, search/seizure. |
| RE: | Dwayne Willis<br>Docket # 0100 2:20CR00027 | AUSA: Johnathan Nathans<br>DEFENSE COUNSEL: Amber L. Tucker 72 Pearl Street, Suite 440<br>MED: <u>January 03, 2025</u> |

DATE OF SENTENCE: January 04, 2022

DATE: June 16, 2022

ATTACHMENTS:    ☒ PSI        ☒ JUDGMENT        ☐ PREVIOUS REPORTS

REQUEST FOR:    COURT DIRECTION

---

### TRANSFER OF JURISDICTION

On January 04, 2022, the above-mentioned individual was sentenced as outlined above in the District of Maine , by the Honorable George Z. Singal, U.S. District Judge. On February 17, 2022 , we received a letter from the District of Maine, advising that the court had signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Willis's transfer to the Southern District of New York. At this time, we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction

Dwayne Willis 2 6322901 - Margaret A. Carroll
Docket Number: 0100 2:20CR00027

                                                                              Respectfully submitted,
                                                                              Michael Fitzpatrick
                                                                              Chief U.S. Probation Officer

by   *Veronica Pena (for)*
      Margaret A. Carroll
      U.S. Probation Officer
      212-805-5153

Prepared By:

Veronica Pena           June 16, 2022
                              Date